Jon T. Dyre
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31ST Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone: (406) 252-3441
Fax: (406) 259-4159
E-mail: jdyre@crowleyfleck.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE STATE OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS L. MAHLEN, JR., JOHN L. WRIGHT, SEAN P. MCDANIEL, MICHAEL V. MAHLEN; and MEGAN N. MAHLEN<br><br>Defendants. | Cause No.: CV-24-157-BLG-TJC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE** |

COMES NOW, Plaintiff Geico General Insurance Company ("Geico") hereby requests the above-captioned matter be dismissed with prejudice, and with each party to bear their own attorneys fees and costs.

Defendants' counsel has been contacted and do not object to his motion.

A proposed order will be filed accordingly for the Court's convenience.

Dated this 7th day of July, 2025.

        CROWLEY FLECK PLLP

        */s/ Jon T. Dyre*
        Jon T. Dyre
        CROWLEY FLECK PLLP
        500 Transwestern Plaza II
        P. O. Box 2529
        Billings, MT  59103-2529

        *Attorneys for Plaintiff*